# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:05CR333** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **TODD J. HANDY,** | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a Motion for Rule 35 Hearing (Filing No. 75). Defense counsel has filed a motion to withdraw from further representation of the Defendant (Filing No. 77). The Defendant is incarcerated and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska. The court finds that new counsel should be appointed.

IT IS ORDERED:

1. The motion to withdraw (Filing No. 77) is granted.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the above-named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3. Counsel's appointment herein is made pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

4. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

DATED this 20th day of August , 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge